Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

**UNITED STATES DISTRICT COURT
for the
Northern District of Florida**

UNITED STATES OF AMERICA

V.   Crim. No. 3:06mj191/MD

KANDICE O. CHEATAM

On January 31, 2007, the above named offender was placed on Probation for a period of 12 months. She has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that Kandice O. Cheatam be discharged from Probation.

Respectfully submitted,

*Donna D. Easterling*
Donna D. Easterling
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this **8TH** day of **August**, 20**07**.

*Miles Davis*
Miles Davis
U.S. Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 AUG -8 AM 10: 14

FILED